**STATE of Missouri, Respondent,**

v.

**Freddie E. BALL, Jr., Appellant.**

**No. WD 39214.**

Missouri Court of Appeals, Western District.

Oct. 13, 1987.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 1, 1987.

Janet M. Thompson, Columbia, for appellant.

John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and PRITCHARD and CLARK, JJ.

ORDER

PER CURIAM.

Appeal from convictions of burglary in the second degree, § 569.170, RSMo 1986, and misdemeanor stealing, § 570.030, RSMo 1986; and respective sentences of four years imprisonment and thirty days confinement.

Judgment affirmed. Rule 30.25(b).